**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jose T Lagunas Bailon,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-06683-PHX-GS

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 4.) On September 25, 2026, Respondents filed a Response indicating Petitioner was removed from the United States on September 18, 2026. (Doc. 7.) Because Petitioner is no longer in custody, the Petition is moot. *See Abdala v. INS*, 488 F.3d 1061, 1065 (9th Cir. 2007) (dismissing as moot petitioner's § 2241 petition challenging length of custody where petitioner was deported). The Court will therefore dismiss this action as moot.

////

////

////

////

////

////

////

**IT IS ORDERED** Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied, and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 28th day of September, 2026.

Honorable Greg Sakall
United States Magistrate Judge